## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        JOSEPH WALDMAN         :        Bankruptcy No. 22-11433
                                     :
                                     :
              DEBTOR                 :        Chapter 13


### PRAECIPE TO WITHDRAW DEBTOR'S OBJECTION TO PROOF OF CLAIM #7

TO THE CLERK:

    Kindly docket as follows:

    Please withdraw Debtor's Objection to Proof of Claim #7 which was filed on August 24, 2022.


    Respectfully submitted,

    /Zachary Perlick/
    ZACHARY PERLICK, ESQUIRE
    1420 Walnut Street, Suite 718
    Philadelphia, PA  19102
    Phone: (215) 569-2922
    Fax:    (215) 569-1444